IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA GOATCHER, ) | 1:09-cv-01144 JLT |
| ) | |
| Plaintiff, ) | ORDER GRANTING DISMISSAL |
| ) | PURSUANT TO STIPULATION OF THE |
| ) | PARTIES |
| v. ) | |
| ) | [Doc. 16] |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The parties to the action stipulate that remand is necessary to:

(1) update the medical evidence concerning the Plaintiff's physical and mental conditions and to further consider the Plaintiff's residual functional capacity;

(2) further consider Plaintiff's subsequent applications filed on or about March 18, 2009, which the agency denied at the reconsideration level on or about December 8, 2009; and

(3) obtain evidence from a vocational expert to clarify the effect of the nonexertional limitations on the claimant's occupational base.

The Court GRANTS the stipulation to remand and the action is REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g). In so ordering, the COURT makes no comment upon the substantive areas outlined by the parties as the stipulated scope of the review by the

Administrative Law Judge upon remand.

      The Clerk is ordered to ENTER JUDGMENT IN FAVOR of Plaintiff and against Defendant.

IT IS SO ORDERED.

Dated: **April 5, 2010**                      **/s/ Jennifer L. Thurston**
                                                UNITED STATES MAGISTRATE JUDGE