UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA GOATCHER,<br><br>  Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>  Defendant. | Case No.: 1:09-cv-01144-JLT<br><br>ORDER UPON STIPULATION GRANTING AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>(Doc. 19) |

Before the Court is the stipulation of the parties awarding attorneys fees to Plaintiff's counsel. The stipulation sets forth the terms of the parties' agreement also. In particular, the parties agree that Laura Krank, as Plaintiff's counsel and assignee, should be awarded attorney fees, costs and expenses under the EAJA in the amount of $4,702.

///

///

-1-

-2-

1    Based upon the stipulation of the parties and upon the terms of the terms set forth in the stipulation, the Court **ORDERS,**

2    1. That attorneys fees be awarded to Laura Krank in the amount of $4,702.

IT IS SO ORDERED.

Dated:   **June 8, 2010**                             **/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE